UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAMITA FULGHEN,

    Plaintiff,

v.                                                                                    Case No. 10-11148

JOHN E. POTTER, United States                         Honorable Patrick J. Duggan
Postmaster General,

    Defendant.
_____/

## **JUDGMENT**

On March 22, 2010, Plaintiff filed an action alleging employment discrimination on the basis of a disability and retaliation. On this date, the Court entered an Opinion and Order holding that Plaintiff is not entitled to relief.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED**, that Plaintiff's action is **DISMISSED**.

Date: November 16, 2010        s/PATRICK J. DUGGAN
                                                UNITED STATES DISTRICT JUDGE

Copies to:

Vanessa Miree Mays

Damita Fulghen
18651 Marlowe
Detroit, MI 48235